## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Silvestre Casarrubias-Noriega

CRIMINAL COMPLAINT
CASE: 17-10808M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 7, 2017 at or near Sonoita, Arizona, in the District of Arizona, Silvestre Casarrubias-Noriega, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on June 2, 2017 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(1).

   Silvestre Casarrubias-Noriega is a citizen of Mexico. On June 2, 2017, Silvestre Casarrubias-Noriega was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On September 7, 2017, agents found Silvestre Casarrubias-Noriega in the United States at or near Sonoita, Arizona without the proper immigration documents. Silvestre Casarrubias-Noriega did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Silvestre Casarrubias-Noriega, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Silvestre Casarrubias-Noriega admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on August 29, 2017, at or near Naco, Arizona.

File Date: 09/11/2017

at Tucson, Arizona

Cesar Ponce, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 09/11/2017

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 088 772 947